NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICHOLAS ST. CLAIRE THOMPSON,     )
                                  )
            Appellant,            )
                                  )
v.                                )      Case No.  2D17-4063
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____    )

Opinion filed June 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Nicholas St. Claire Thompson, pro se.

PER CURIAM.


                    Affirmed.



NORTHCUTT, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.